U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV ... 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00441)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1-25-CR-0491
UNDER SEAL

**MAGISTRATE CASE NO.**

X Indictment
DATE: November 4, 2025

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
Sergei Anatolyevich FILIMONOV

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** Yes X No
**Will the defendant be arrested pending outcome of this proceeding?** Eventually
**Is the defendant a fugitive?** Yes X No
**Has the defendant been released on bond?** Yes X No

**Will the defendant require an interpreter?** X Yes No
**What language?** Russian

District Judge:

Attorney: Jessica C. Morris
Defense Attorney: